**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF NORTH CAROLINA**

| | | |
|---|---|---|
| ROBERT EARL BURNEY, JR., | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | 1:12CV8 |
| | ) | |
| MAJOR MCRAINEY, et al., | ) | |
| | ) | |
| Respondent(s). | ) | |

**RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

**IT IS RECOMMENDED** that Petitioner's "Motion for Injunction Against Any Further Court Proceedings in File #11CRS55181" (Docket Entry 32) be **DENIED** without prejudice in light of the Judgment entered on March 1, 2012 (Docket Entry 18), and <u>Richardson v. Virginia Dep't of Corr.</u>, 437 Fed. Appx. 235 (4th Cir. 2011).

                                          /s/ L. Patrick Auld
                                               **L. Patrick Auld**
                                  **United States Magistrate Judge**

Date: April 16, 2012