IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

```
ROBERT EARL BURNEY, JR.,       )
                               )
          Petitioner,          )
                               )
     v.                        )           1:12CV8
                               )
MAJOR MCRAINEY, et al.,        )
                               )
          Respondent(s).       )
```

### ORDER AND RECOMMENDATION
### OF UNITED STATES MAGISTRATE JUDGE

**IT IS ORDERED** that Petitioner's paper-writing (Docket Entry 37) is construed as a Motion to Appoint Counsel and is **DENIED** without prejudice in light of the Judgment entered on March 1, 2012 (Docket Entry 18).

**IT IS RECOMMENDED** that Petitioner's "Motion for Injunction" (Docket Entry 38) be **DENIED** without prejudice in light of the Judgment entered on March 1, 2012 (Docket Entry 18), and Richardson v. Virginia Dep't of Corr., 437 Fed. Appx. 235 (4th Cir. 2011).

                                              /s/ L. Patrick Auld
                                              **L. Patrick Auld**
                              **United States Magistrate Judge**

Date: July 23, 2012